**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1375**

SHIRLEY MARIE TRENT,

Plaintiff - Appellant,

v.

VIRGINIA COMMONWEALTH UNIVERSITY, Administration,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, Senior District Judge. (3:21-cv-00710-HEH)

Submitted: July 26, 2022                                    Decided: July 28, 2022

Before MOTZ, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shirley Marie Trent, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley Marie Trent appeals the district court's order dismissing her civil complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Trent v. Va. Commonwealth Univ.*, No. 3:21-cv-00710-HEH (E.D. Va. Mar. 14, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*